# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

KRISTEN LEIGH VIATOR

VERSUS

JAMES PATRICK DUNPHY

NO.   2019 CW 1016

AUGUST 05, 2019

---

In Re:   James Patrick Dunphy, applying for supervisory writs, Family Court Judicial District Court, Parish of East Baton Rouge, No. 215621.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**STAY DENIED; WRIT NOT CONSIDERED.**   Relator failed to provide a copy of the judgment, order, or ruling complained of (if by written judgment, order, or ruling); a copy of the judge's reasons for judgment, order, or ruling (if written); a copy of each pleading on which the judgment, order, or ruling was founded, including the petition(s) in civil cases and the indictment or the bill of information in criminal cases; a copy of any opposition and any attachments thereto filed by a party in the trial court or a statement by the relator that no opposing written document was filed; a copy of pertinent court minutes; the notice of intent and return date order required by Rules 4-2 and 4-3; and a separate page entitled "REQUEST FOR EXPEDITED CONSIDERATION" and indexed as such shall be included if the applicant seeks expedited relief or a stay order as required by Rule 4-4(B) and a corresponding affidavit as required by Rule 4-4(C) in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5 (C) (6), (7), (8), (9), (10), (11) & (12).   In addition, relator failed to provide an index of all items contained therein; a concise statement of the grounds on which the jurisdiction of the court is invoked; a concise statement of the case, including the status of the case at the time the writ application is filed, in order to reflect any trial dates or hearing dates that are pending; the issues and questions of law presented for determination by the court; and the assignments or specifications of errors and a memorandum in support of the application, in accordance with Rules 2-12.2 and 2-12.10, and a prayer for relief ) in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5 (C)(1), (2), (3), (4) & (5).

Supplementation of this writ application and/ or an application for rehearing will not be considered.   Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including the missing items noted above, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.   Any new application must be filed on or before August 16, 2019 and must contain a copy of this ruling.

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT